DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT ADDIE,**
Appellant,

v.

**OXYX COALE,**
Appellee.

No. 4D16-4265

[February 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502009DR013085XXXXMB.

Robert Addie, Las Vegas, NV, pro se.

Debi Gheorge-Alten of Debi Gheorge-Alten, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***